UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRIAN MCFADDEN,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant | Civil No. C07-1310-RSL<br><br><br>ORDER FOR REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded for a de novo hearing (i.e., without regard to any prior adjudication) and further administrative proceedings, including but not limited to the following: the administrative law judge (ALJ) will consider the reopening of the denial determinations based on Plaintiff's earlier applications pursuant to the regulations; recognize that a single decision maker is not a physician; re-evaluate the medical source opinions; re-evaluate Plaintiff's mental impairments; evaluate any substance use consistent with 20 C.F.R. §§ 404.1535, 416.935 (2007), and *Bustamante v. Massanari*, 262 F.3d 949 (9th Cir. 2001), as well as all other appropriate case law; obtain medical expert input from a specialist in psychiatry to determine the severity of Plaintiff's mental impairments with and without substance abuse; re-evaluate Plaintiff's residual functional capacity and, although Defendant does not concede error in his assessment of Plaintiff's credibility, further evaluation of Plaintiff's credibility is appropriate consistent with re-evaluation

Page 1     ~~PROPOSED~~ ORDER- [C07-1310-RSL]

of Plaintiff's mental impairments, medical source evidence, and substance use; follow the sequential evaluation process; and, if necessary, obtain vocational expert testimony at step five of the sequential evaluation process.

No specific aspect of the ALJ's decision is affirmed, Plaintiff may submit additional evidence and arguments on remand, and this remand is made pursuant to sentence four of 42 U.S.C. § 405(g).

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).

DATED this 14th day of February,

*[signature]*
Robert S. Lasnik
United States District Judge

Recommended for Entry:
this 14th day of February, 2008.

s/ Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Thomas M. Elsberry
THOMAS M. ELSBERRY    WSB # 26456
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Phone: 206-615-2112

Page 2    ~~PROPOSED~~ ORDER- [C07-1310-RSL]